**Order entered December 30, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00500-CR

### RASHEED LASHAY KILPATRICK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83467-2016**

## ORDER

Before the Court is appellant's December 28, 2021 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** his brief due on or before January 26, 2022.

/s/     LANA MYERS
        JUSTICE